IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KARRIE JO CATHEY,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>                    Defendant. | CV 24–83–M–DLC–KLD<br><br><br>ORDER |

Based on the stipulation of the parties, IT IS ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits is REVERSED and REMANDED to the Commissioner of Social Security for a hearing before the Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, reevaluate the ALJ's step 4 and 5 findings, to include obtaining vocational expert evidence as necessary, while resolving any inconsistencies between the VE testimony, the DOT, and the RFC, and issue a new decision.

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorneys fees and costs pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 12th day of August, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court