IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KARRIE JO CATHEY, | CV 24–83–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Before the Court is Plaintiff Karrie Joe Cathey's Unopposed Motion for Attorney's Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d). (Doc. 13.) Based on the pleadings, the lack of opposition from the Defendant, and Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS ORDERED that the Motion (Doc. 13) is GRANTED.

IT IS FURTHER ORDERED that attorney's fees in the total amount of nine hundred ninety-two dollars and forty-four cents ($992.44) pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) are awarded to Plaintiff.

IT IS FURTHER ORDERED that if the U.S. Treasury determines that Plaintiff's EAJA fees and expenses are not subject to offset allowed under the Department of Treasury's Offset Program, payment shall be delivered either electronically or by mail to Olinsky Law Group.

1

DATED this 6th day of November, 2024.

Dana L. Christensen, District Judge
United States District Court